**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7019**

———————

PAUL NAGY,

                                   Plaintiff - Appellant,

          versus

OFFICER  RUFFIN;  NANCY  OBERMAN;  A.  EVANS;
STEPHEN DEWALT,

                                   Defendants - Appellees.

———————

Appeal  from  the  United  States  District  Court  for  the  Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-00-782-5-BO)

———————

Submitted:  September 23, 2002      Decided:  October 8, 2002

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul Nagy, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying his motion to reopen an action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Nagy v. Ruffin</u>, No. CA-00-782-5-BO (E.D.N.C. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>